CHICAGO—FIRST DISTRICT—JULY, 1917.    227

Gleeson Bros. Co. v. Callahan, 207 Ill. App. 227

Gleeson Brothers Company, Appellee, v. J. M. Callahan, Appellant.

Gen. No. 22,671.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed July 19, 1917.

### Statement of the Case.

Action on a contract by Gleeson Brothers Company, plaintiff, against J. M. Callahan, defendant. From a judgment for plaintiff for $169 and costs, defendant appeals.

DANIEL JERKA, for appellant.

No appearance for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

1. JUDGMENT, § 142*—*when affidavits in support of motion to vacate judgment by default are insufficient*. It is no abuse of discretion on the part of the trial court in refusing to vacate a judgment by default on motion supported by affidavits, where one of the affidavits is by defendant and alleges that he employed a certain attorney, had no personal knowledge that the case was to be tried the particular time and that he had a meritorious defense, and the other is by his attorney that he was ignorant of the rules of court under which the trial was had.

2. APPEAL AND ERROR, § 1313*—*presumption that court followed rules in calling case*. It will be presumed on appeal that the trial court followed its rules in calling a case for trial.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.